If it is error to give the "honest error" jury charge one way, and I do not think it was (Shumaker v. Johnson,571 So.2d 991, 995-97 (Ala. 1990) (Houston, J., dissenting)), it should be error to give it the way it was given in this case. The majority is being consistent in reversing and remanding this case. I do not believe in this case, as I did not believe inShumaker v. Johnson, that the trial court's charge, taken as a whole, could have prejudiced the rights of the appellant. I would allow both the "honest error" jury charge and the mirror image of it that was given in this case; in my opinion, it is not error to give either. It should not be reversible error to give the charge given in this case or the charge given inShumaker. Therefore, I would affirm the judgment of the trial court, and I dissent.
MADDOX, J., concurs.